# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Millay, Christopher, Ryan. YOB: 1980<br>United State Citizen<br><br>*Defendant(s)* | Case No. M-19-1126-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  5/16/2019  in the county of  Kenedy  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess, with intent to distribute approximately 12.42 kilograms of cocaine, a Schedule I Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*approved by*
*[signature]*

Sworn to before me and signed in my presence.

Date: 5/16/2019 @ 3:48 a.h.

City and state: McAllen, Texas

*[signature]*
Complainant's signature
Carl Mitchell, DPS Special Agent
Printed name and title

*[signature]*
Judge's signature
, U.S. Magistrate Judge
Printed name and title

Attachment A

On or about May 16, 2019, agents from the Drug Enforcement Administration (DEA) and the Texas Department of Public Safety (DPS) were conducting surveillance of a truck tractor and semi-trailer in McAllen, Texas. Agents observed the driver of the truck tractor, later determined to be CHRISTOPHER RYAN MILLAY, meet with two males in the south end of the tractor parking lot. While meeting with the two males, agents observed batteries being exchanged from the truck tractor to a white pickup truck. The truck tractor and semi-trailer being driven by MILLAY was then jump started by the occupants of the white pickup truck, and left the area. Agents followed the truck tractor, a 2007 maroon Peterbilt, Texas registration R409597, registered to MILLAY and One Way Express, into Brownsville, Texas, where it parked at a distribution center, and obtained a commodity for transport. After obtaining a commodity, MILLAY departed in the truck tractor and semi-trailer, and traveled to the Sarita Border Patrol Checkpoint. Upon arriving at the U.S. Border Patrol checkpoint, a U.S. Border Patrol agent asked and obtained consent from MILLAY to search behind the driver's seat of the truck tractor. During the search of the truck tractor, a U.S. Border Patrol K-9 conducted a non-intrusive, free air-sniff of the vehicles exterior, and alerted to the presence of possible narcotics in the cab area of the truck tractor. MILLAY was then referred to secondary inspection, during which a U.S. Border Patrol K-9 again alerted to the cab area of the truck tractor, specifically the battery area of the truck tractor. Upon closer inspection of the battery compartment, Agents observed four vehicle batteries. Three of the four vehicle batteries appeared to have been tampered with. Upon opening the three batteries, Agents discovered a total of ten bundles of a white, powdery substance, weighing approximately 12.42 kilograms, that field tested positive for cocaine. Agents advised MILLAY of his Miranda rights, to which MILLAY requested to have an attorney present. Agents, concluded the interview and placed MILLAY under arrest for possession of a controlled substance.